IN THE DISTRICT COURT OF APPEAL
                                        FIRST DISTRICT, STATE OF FLORIDA

SAMUEL SIMMONS,                         NOT FINAL UNTIL TIME EXPIRES TO
                                        FILE MOTION FOR REHEARING AND
        Petitioner,                     DISPOSITION THEREOF IF FILED

v.                                      CASE NO. 1D14-1680

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.
_____/

Opinion filed September 12, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Samuel Simmons, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review,
Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.